## A. J. SELOVER v. E. V. SNIVELY.

ACTION originally brought before a justice of the peace of Doniphan county, by *Snively* against *Selover* and another, upon a promissory note, of which the following is a copy:

"$95.            WATHENA, KANSAS, March 22, 1873.

"Twelve months after date, I promise to pay to A. J. Selover, or bearer, the sum of ninety-five dollars, for value received, negotiable and payable without defalcation or discount, at ———, with interest at the rate of 10 per cent. per annum from date until paid.            J. P. ELLIOTT."

This note was indorsed as follows: "Wathena, May 5, 1873, received on the within note, $6." It was also indorsed as follows: "A. J. Selover." Before the justice, judgment was rendered for the defendant *Selover*. The plaintiff appealed to the district court, where a trial was had at the December Term, 1876, and judgment given for the plaintiff. The defendant brings the case here.

*Nathan Price*, and *A. Perry*, for plaintiff in error:

No notice whatever was ever given to Selover of the non-payment of this note, and yet he is sought to be charged by parol testimony alone. It was error to permit the plaintiff, over the objection of the defendant, to introduce evidence tending to show that Selover's liability upon the note was other than that of an indorser. (20 Kas. 230; Story's Pr. Notes, §§ 135, 299, 300, 301, 307, 309, 312, 319, 320, 324; Spalding's Tr., p. 503.)

*Per Curiam:* The above case is reversed, and remanded for a new trial, upon the authority of *Swartz v. Redfield*, 13 Kas. 550; *Couch v. Sherrill*, 17 Kas. 622; *Doolittle v. Ferry*, 20 Kas. 230; *Braley v. Buchanan*, 21 Kas. 274.